THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS VILLAS,<br><br>Defendant. | No. CR18-281-RSL<br><br>~~(PROPOSED)~~ ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE |

This matter has come before the Court on Dennis Villas's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Mr. Villas's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 5th day of December 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorney for Dennis Villas

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*Dennis Villas*, CR18-281-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100